# United States District Court
## Northern District of Illinois
### Eastern Division

NICOLE LATIMORE

**JUDGMENT IN A CIVIL CASE**

v.

Case Number: 08 C 6607

WHITELINE EXPRESS, LTD., ET AL

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that this case is remanded to the Circuit Court of Cook County.

Michael W. Dobbins, Clerk of Court

Date: 1/20/2009

/s/ Willia Harmon, Deputy Clerk